NO.
12-05-00172-CR

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

 

EDLEE TAYLOR,                                             §     APPEAL FROM THE 2ND

APPELLANT

 

V.                                                                         §     JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                       §     CHEROKEE COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant has filed a motion to dismiss this
appeal.  The motion is signed by
Appellant and his counsel.  No decision
having been delivered by this Court, the motion is granted, and the appeal is
dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion
delivered October 12, 2005.

Panel consisted of Worthen, C.J.,
Griffith, J., and DeVasto, J.

 

 

 

 

 

 

                                                             (DO
NOT PUBLISH)